FILED
2018 Dec-03 PM 12:18
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **ANDRE DESHAWN BOSSIE,** | ) |
| **Plaintiff,** | ) |
| v. | ) 7:18-cv-00202-RDP-SGC |
| **OFFICER BILLUP,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

The Magistrate Judge filed a report on November 1, 2018, recommending this action be dismissed without prejudice for failing to state a claim upon which relief can be granted, pursuant to 28 U.S.C. § 1915A(b). (Doc. 6). Although the Magistrate Judge advised Plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Magistrate Judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief can be granted.

A Final Judgment will be entered.

**DONE** and **ORDERED** this December 3, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE